| | | |
|---|---|---|
| AUSA: Craig Wininger | Telephone: (313) 226-9569 |
| Task Force Officer: Patrick Cecile, FBI | Telephone: (313) 815-4643 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
**ANTIONE HAMILTON**

Case No.  Case: 2:20-mj-30206
Judge: Unassigned,
Filed: 06-18-2020 At 09:03 PM
IN RE:SEALED MATTER(CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __04/20/20, 06/06/20, and 06/10/20__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2118(b) | Entering the premises of a DEA-registered pharmacy with the intent to steal controlled substances on April 20, 2020 and June 10, 2020. |
| 18 U.S.C. § 2113 | Bank theft |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Patrick Cecile, Task Force Officer, FBI
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: 06/18/2020

City and state: Detroit, MI

_____
Judge's signature

Hon. Anthony P. Patti, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Patrick Cecile, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Wayne State University Police Officer for five years and I have been assigned to the Federal Bureau of Investigation (FBI) Violent Crime Task Force (VCTF) as a task force officer since September 2019. During this time, I have investigated federal violations concerning crimes of violence, firearms, and narcotics. Prior to being assigned to the Violent Crime Task Force, I was assigned to the Detroit Homicide Task Force (HTF) from December 2016 to September 2019. Throughout my law enforcement career, I have gained experience through everyday work related to these investigations. I have specifically investigated cases involving violations of state and federal narcotic, firearms laws, crimes of violence along with homicides and officer involved shootings. I have received training specific to narcotics trafficking, firearms investigations, homicide investigations and officer involved shooting investigations.

2. As a task force officer, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated in Title 18, United States Code, Section 2516. I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. This affidavit is in support of a criminal complaint charging ANTIONE HAMILTON, with violations of 18 U.S.C. § 2118(b) (Entering the premises of a DEA-registered pharmacy with the intent to steal controlled substances; 18 U.S.C. § 2113 (bank theft); 18 U.S.C. § 2 (Aiding and Abetting); and 18 U.S.C. § 371 (Conspiracy).

5. The charged burglaries are a part of a string of burglaries I am investigating that were committed by a group of individuals working together.

6. In an attempt to further my investigation, I obtained a search warrant for information for a phone number that HAMILTON informed the Harper Woods Police was his on May 11, 2020. For the purpose of this affidavit, I will describe that phone as HAMILTON PHONE 1.

   i. A court order was authorized to obtain information from T-Mobile for HAMILTON PHONE 1. Those records revealed that HAMILTON PHONE 1 went inactive on or about 05/15/2020. In my experience, those involved in criminal activity often change or "drop" current phone service in an attempt to evade law enforcement. It is also my experience that

        after dropping one phone, an individual involved in criminal activity will obtain a new communication device but continue the pattern of communicating with their top frequent callers (pattern of life).

    ii. Based on additional cellular analysis I believe that HAMILTON replaced HAMILTON PHONE 1 with a different identified phone number that I will refer to as HAMILTON PHONE 2. This number was activated on 5/15/20, the same date that HAMILTON PHONE 1 was deactivated. A check of open source databases identified the name associated with HAMILTON PHONE 2 as ANTOIN HAMILTON. Subscriber records received from T-Mobile showed the phone was subscribed to in the name of ANTOINE HAMILTON.

7. **April 20, 2020 – Pharmor Pharmacy – 10 Peterboro/3169 Woodward, Detroit, MI**

    a. On April 20th 2020 at 3:30am DPD received a call for service for an auto accident involving a building. The location was reported as 10 Peterboro but later found to be Pharmor Pharmacy, 3169 Woodward, a registered DEA pharmacy. Upon officers arrival a red Chevrolet Tahoe was found at the location with heavy rear end damage. Damage to the

ignition of the Tahoe was observed, consistent with theft. The vehicle was later confirmed stolen out of Harper Woods, MI. Exterior damage to the north wall of the building was observed. A large quantity of controlled substances were later discovered to be stolen from the safe at the location.

b. The phone numbers of HAMILTON PHONE 1 was analyzed for the period of approximately 2:00 AM – 4:30 AM. The phone initially utilized cellular towers in and around the east side of Detroit, traveled southwest to the geographic area around the crime scene, and traveled back to the area around the east side of Detroit after the time of the incident. Prior to the reported call for service at 3:30 AM the phone utilized a tower that provided coverage in the geographic area around the crime scene. Specifically, for times closest to the call for service, HAMILTON PHONE 1 had a tower event at approximately 3:27 AM. Additionally, At approximately 3:30 AM HAMILTON PHONE 1 had a tower event north/northeast of the crime scene.

8. **June 6, 2020 – Citizens Bank – 14501 Gratiot, Detroit, MI**

   a. On June 6th 2020, at approximately 5:33am DPD received a call for service for a burglary of a business in progress at Citizen's Bank, 14501 Gratiot. Officers responded to the bank alarm, dispatch advised officers that three

subjects with flash lights and dark clothing were observed in the location. Upon Officers arrival it was observed that the front entry door was being held open by a chair. Video surveillance revealed three black males with face coverings pry the front door with a crowbar to gain entry to the location. Also observed was a black Volkswagen Passat that the subjects fled the scene in. The total loss reported was 1411.72 in U.S. Currency. Citizen's Bank is insured by the Federal Deposit Insurance Corporation.

b. The Passat was reported stolen out of Roseville on May 18, 2020 between approximately 7:05 AM and 7:20 AM. Historical call detail records show that HAMILTON PHONE 2 utilized a tower in the geographic area of the stolen vehicle location around the time it was stolen.

9. **June 10, 2020 – Crownz Pharmacy – 7635 8 Mile, Warren, MI**

   a. On June 10th 2020, at approximately 5:12am Warren Police Department received a call for service for a burglary of business in progress at Crownz Pharmacy, 7635 W. 8 mile Rd. a DEA registered pharmacy. Upon officers arrival they observed the front south facing door pried open along with the interior security gate pried from the door frame. Officers made entry into the building and found an additional door pried open. The building was cleared by officers. Officers located a black filing cabinet in the rear office to be knocked over, emptied, with one

drawer pulled completely out. The owner disclosed approximately 45 thousand dollars of controlled substances were taken from the location. Officers were able to review on scene video which revealed three males wearing sweatshirts, masks, and gloves. Two subjects were observed placing items into a garbage bag/can while the third subject watched the front door of the location. $600.00 dollars in U.S. currency was also found to be stolen from the location. Subjects were observed arriving and leaving in a dark colored sedan with silver chrome trim.

b. During the time of the robbery, agents and officers were receiving GPS location information, known as "Pings," and pen register data for the phone number of HAMILTON PHONE 2 pursuant to previously issued search warrants. A review of the data identified that both target phones had "pinged" within a mile of the pharmacy prior to the reported time of the incident. Additional analysis of records obtained for the target phone number HAMILTON PHONE 2 identified travel from the area around the east side of Detroit, to the area of the pharmacy in Warren and then back to the area of the east side of Detroit. Specifically a review of tower records closest to the call for service at 5:12 AM showed that HAMILTON PHONE 2 utilized a tower that provided

       coverage in the geographic area of the crime scene at approximately 5:09 AM.

   c. Still photos from the exterior camera at the location were shared by Warren Police Detectives. I viewed the still photos and observed a dark colored sedan that appeared similar in class and characteristics to the Volkswagen Passat used in the June 2, 2020, burglary of the Citizen's Bank.

10. On June 17, 2020, a federal search warrant was executed at HAMILTON's residence. HAMILTON was not at the location at the time but was located by VGTF members conducting surveillance in the nearby area. Detroit Police Officer Ryan Sharp made a traffic stop after being made aware that the driver of the vehicle was HAMILTON and that HAMILTON had a valid Misdemeanor warrant out of Harper Woods, MI. Detroit Police Officer Sharp also observed the vehicle being operated by HAMILTON to have a defective left rear tail light. Through his investigation it was found that the vehicle HAMILTON was operating was a stolen Black Jeep Wrangler. HAMILTON was arrested for the warrant and based on the probable cause of possession of a stolen motor vehicle.

11. On June 17, 2020, VGTF members conducted an interview of HAMILTON at the Detroit Detention Center. HAMILTON was advised of his constitutional rights and waived, agreeing to speak with members of VCTF. During the course of the

interview HAMILTON admitted to being involved in numerous breaking and entering of businesses.

    a. HAMILTON discussed being involved with the theft from Pharmor Pharmacy located at 3169 Woodward on April 20th, 2020. HAMILTON stated that he and three other individuals forced entry to the business by ramming the vehicle through a roll down door at the business. HAMILTON stated that several narcotic pills were taken from the unlocked safe at the business. Specifically, HAMILTON stated that he took "Norco 7.5's," from the safe at the location. HAMILTON stated that he normally sells the "Norco 7.5's" for $7.00 dollars a pill. Members of VCTF spoke with the manager at the location who provided a DEA 106 form (list of missing controlled substances), the form detailed an estimated value of $10,000 in pharmaceuticals or merchandise stolen from the location. The manager also stated that at least 25 thousand in damages to the building were sustained.

    b. HAMILTON also stated during the interview that he was involved in a burglary of a Citizens Bank located at 14501 Gratiot, Detroit, MI. on June 6th, 2020. HAMILTON stated that he acted as a look out at the location, HAMILTON stated that "Coins" were taken from the location. HAMILTON was shown a still photo from the surveillance

    system at the location where he identified himself as the individual in the tan pants, forcing entry into the location. HAMILTON stated a crowbar was used at the front entrance of the location and that he exited the location from a side door. HAMILTON was shown another still photo of the previously identified VW Passat, HAMILTON stated that vehicle was used in multiple breaking and entering of businesses.

c. HAMILTON also discussed his involvement in the breaking and entering of Crownz pharmacy located at 7635 W. 8mile Warren, MI. on June 10th, 2020. HAMILTON stated that entry was forced to the front door of the location and that numerous controlled substances were taken from a metal shelving unit at the location. HAMILTON stated that the controlled substances were loaded into a trash can at the location to carry the stolen goods out. VCTF members spoke with the manager of the location, a DEA 106 form was completed and revealed a loss of $3,406 in controlled substances from the location.

### Conclusion

Based on the above information, probable cause exists to believe that ANTIONE HAMILTON , violated 18 U.S.C. § 2118(b) (Entering the premises of a DEA-

registered pharmacy with the intent to steal controlled substances; 18 U.S.C. § 2 (Aiding and Abetting); 18 U.S.C. § 371 (Conspiracy).

Respectfully submitted,

Patrick Cecile
Task Force Officer, FBI

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

Dated: June 18, 2020